Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

January 6, 2020

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



RE: *United States v. Nelson (Anthony Corley)*
    **18 Cr. 454 (KPF)**

Dear Judge Failla,

    This letter is submitted on behalf of my client, Anthony Corley. Mr. Corley's sentencing is currently scheduled for January 21, 2020, at 3:00. I respectfully request an adjournment of a month, until February 20, 2020, or any time thereafter that is convenient for the Court. This adjournment is necessary because I need additional time to review the PSR with Mr. Corley. I received the draft PSR on December 12, 2019. Unfortunately, Mr. Corley is housed at the Westchester County Jail in Valhalla, and because of the holidays and my travel schedule, I have not been able to meet with him. I plan to rent a car and drive to see him by the end of this week. This is my first request for an extension.

    The government, through A.U.S.A. Sarah Krissoff, consents to this request.

Respectfully submitted,

Meredith S. Heller

Cc: A.U.S.A. Sarah Krissoff (via ECF)
    A.U.S.A. Frank Balsamello (via ECF)

```
Application GRANTED.  The sentencing hearing currently scheduled for
January 21, 2020 is hereby ADJOURNED to February 24, 2020, at 3:00 p.m.
in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square,
New York, New York.

Dated:    January 7, 2020             SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE