Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

August 7, 2020

MEMO ENDORSED

**VIA ECF**
The Honorable Katherine Polk Failla
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Nelson (Anthony Corley)
      18-CR-454 (KPF)

Dear Judge Failla:

    As the Court is aware, I represented Anthony Corley pursuant to the Criminal Justice Act ("CJA") in his criminal case before you. Yesterday, Mr. Corley submitted a letter requesting that the Court grant him compassionate release. I respectfully request that the Court reappoint me under the CJA for the limited purpose of assisting Mr. Corley in supplementing his compassionate release application.

Respectfully submitted,

Meredith S. Heller

Cc:   A.U.S.A. Frank Balsamello (via ECF)

```
Application GRANTED.  Plaintiff's counsel may file a
supplement to Mr. Corley's application on or by August 21,
2020.  The Government's response, if any, shall be filed on or
by September 4, 2020.


Dated:    August 7, 2020              SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE