Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com



August 21, 2020

**VIA ECF**
The Honorable Katherine Polk Failla
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Nelson (Anthony Corley)
      18-CR-454 (KPF)

Dear Judge Failla:

    As the Court is aware, Mr. Corley's application for compassionate release is due today.  I respectfully request an extension of one week, until August 28, 2020 to file his brief.  This extension is necessary because I do not yet have Mr. Corley's medical records from Orange County Correctional Facility.  Mr. Corley submitted a request to the jail at his first available opportunity over a week ago but has not yet heard back.  The government has graciously offered to assist in obtaining these records and it is hoped that they may be more successful.

    The government, through Frank Balsamello, consents to this request provided they are granted an equal extension of time.

Respectfully submitted,

*Meredith Heller*

Meredith S. Heller

Cc:   A.U.S.A. Frank Balsamello (via ECF)

---

```
Application GRANTED.  Petitioner's counsel may file a supplement to Mr.
Corley's application on or by August 28, 2020. The Government's response,
if any, shall be filed on or by September 11, 2020.

Dated:   August 21, 2020             SO ORDERED.
         New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE